# United States District Court
# Southern District of Texas

## Case Number: CA-05-1073

## ATTACHMENT

**Description:**

☐ State Court Record        ☐ State Court Record Continued

☐ Administrative Record

☐ Document continued - Part _____ of _____

☐ Exhibit to: _____
        number(s) / letter(s) _____

**Other:** Tab 1 - Exhibits B-C _____

_____

_____

Tab 1

Exhibit   (B)

# **<u>Exhibit B</u>**

FORM 5. INVOLUNTARY PETITION

| United States Bankruptcy Court<br>Southern District of Texas, Houston Division | INVOLUNTARY<br>PETITION |
|---|---|

| IN RE (Name of Debtor - If individual Last, First, Middle)<br><br>**Seven Seas Petroleum Inc.** | ALL OTHER NAMES used by debtor in the last 6 years (include married, maiden, and trade names) |
|---|---|

| SOC. SEC./TAX I.D. NO. (If more than one, state all)<br>**73-1468669** | |
|---|---|

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>**5555 San Felipe, Suite 1700<br>Houston, Texas  77056** | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br>**02-45206-H2-77** |
|---|---|

| | COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**Harris County, Texas** |
|---|---|

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☒ Chapter 7      ☐ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

Petitioners believe:
☐ Debts are primarily consumer debts
☒ Debts are primarily business debts (complete sections A and B)

TYPE OF DEBTOR
☐ Individual      ☒ Corporation Publicly Held
☐ Partnership      ☐ Corporation Not Publicly Held
☐ Other:

A. TYPE OF BUSINESS (Check One)

☐ Professional    ☐ Transportation    ☐ Commodity Broker
☐ Retail/Wholesale    ☐ Manufacturing/    ☐ Construction
☐ Railroad          Mining          ☐ Real Estate
            ☐ Stockbroker      ☒ Other

B. BRIEFLY DESCRIBE NATURE OF BUSINESS
**Seven Seas is an independent oil and gas company engaged in the exploration and development of oil and gas properties located in Colombia, South America.**

**VENUE**
☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER**
**OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)**

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| **ALLEGATIONS**<br>**(Check applicable boxes)**<br><br>1.  ☒ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).<br>2.  ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute;<br>           or<br>b.  ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | COURT USE ONLY<br><br>United States Courts<br>Southern District of Texas<br>FILED<br><br>DEC 2 0 2002<br><br>Michael N. Milby, Clerk |
|---|---|

301905 v1

HOU:2092683.1

FORM 5 Involuntary Petition

| Name of Debtor | Seven⋯ ⋯etroleum, Inc. |
|---|---|
| Case No. | |
| | (court use only) |

**(See Continuation Sheets attached hereto for signatures of additional Petitioners.)**

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner<br>FamCo Value Income Partners, L.P.<br>Attn: Ken Funsten<br>Funsten Asset Management Company<br>121 Outrigger Mall<br>Marina del Rey, California  90292 | Nature of Claim<br>12 1/2 % Notes due 2005<br>Acquired by transfer from<br>broker | Amount of Claim<br>$9,650,000 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner<br>Merced Partners Limited Partnership<br>c/o Jim Musel<br>601 Carlson Parkway<br>Minnetonka, Minnesota  55305 | Nature of Claim<br>12 1/2 % Notes due 2005<br>Acquired by transfer from<br>broker | Amount of Claim<br>$10,095,000 |
| Note: If there are more than three petitioners, attach additional sheets with the statement<br>under penalty of perjury, petition(s) signatures under the statement and the<br>name(s) of attorney(s) and petitioning creditor information in the format above. | Total Amount of<br>Petitioners' Claims<br><br>[To Be Determined] | |

**(See Continuation Sheets attached hereto for information on additional Petitioners.)**

HOU.2092683.1

**R 32**

FORM 5 Involuntary Petition

Name of Debtor    Seven ...etroleum, Inc.
Case No. _____
(court use only)

### (See Continuation Sheets for information on additional Petitioners.)

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| **Tamarack International LLC**<br>c/o Jim Musel<br>601 Carlson Parkway<br>Minnetonka, Minnesota 55305 | 12 1/2 % Notes due 2005<br>Acquired by transfer from broker | $2,000,000 |
| **Simplon Partners, L.P.**<br>c/o Thomas McKay<br>T.A. McKay & Co., Inc.<br>630 Fifth Avenue, Suite 1956<br>New York, New York 10111 | 12 1/2 % Notes due 2005<br>Acquired by transfer from broker | $2,150,000 |
| **S.P. Offshore Limited**<br>c/o Thomas McKay<br>T.A. McKay & Co., Inc.<br>630 Fifth Avenue, Suite 1956<br>New York, New York 10111 | 12 1/2 % Notes due 2005<br>Acquired by transfer from broker | $11,000,000 |
| **Pamco Cayman Ltd**<br>c/o Kurtis Plumer<br>Highland Capital Management, L.P.<br>13455 Noel Road, Suite 1300<br>Dallas, Texas 75240 | 12 1/2 % Notes due 2005<br>Acquired by transfer from broker | $5,000,000 |
| **Pam Capital Funding L.P.**<br>c/o Kurtis Plumer<br>Highland Capital Management, L.P.<br>13455 Noel Road, Suite 1300<br>Dallas, Texas 75240 | 12 1/2 % Notes due 2005<br>Acquired by transfer from broker | $8,037,000 |
| **ML CBO IV (Cayman) Ltd**<br>c/o Kurtis Plumer<br>Highland Capital Management, L.P.<br>13455 Noel Road, Suite 1300<br>Dallas, Texas 75240 | 12 1/2 % Notes due 2005<br>Acquired by transfer from broker | $4,500,000 |
| **Wholesale Realtor Supply**<br>c/o Gabriel Elias<br>509 Spring Avenue<br>Elkins Park, PA 19027-2616 | 12 1/2 % Notes due 2005<br>Acquired by transfer from broker | $6,835,000 |
| **Alma Elias**<br>c/o Gabriel Elias<br>509 Spring Avenue<br>Elkins Park, PA 19027-2616 | 12 1/2 % Notes due 2005<br>Acquired by transfer from broker | $6,100,000 |

HOU:2092683.1

**R 33**

FORM 5 Involuntary Petition

Name of Debtor    Seven ____ etroleum, Inc.
Case No. _____
(court use only)

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| X _____<br>Signature of Petitioner or Representative (State title) | X _Jim V Donnell_____  _12.20.02_<br>Signature of Attorney                        Date |
| **FamCo Value Incomer Partners, L.P.**<br>Name of Petitioner        Date Signed<br>                                    December ___, 2002 | **James Donnell / Andrews & Kurth L.L.P.**<br>Name of Attorney Firm (If any) |
| Name & Mailing        Attn:  Ken Funsten<br>Address of Individual    Funsten Asset Management Company<br>Signing in Representative  121 Outrigger Mall<br>Capacity                    Marina del Rey, CA 90292 | 600 Travis, Suite 4200; Houston, Texas  77002<br>Address<br><br>(713) 220-4200<br>Telephone No. |
| X _____<br>Signature of Petitioner or Representative (State title) | X        N/A<br>Signature of Attorney                        Date |
| Name of Petitioner        Date Signed<br>                                    December ___, 2002 | Name of Attorney Firm (If any) |
| Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | Address<br><br>Telephone No. |
| X _____<br>Signature of Petitioner or Representative (State title) | X        N/A<br>Signature of Attorney                        Date |
| **Merced Partners Limited Partnership**<br>Name of Petitioner        Date Signed<br>                                    December ___, 2002 | Name of Attorney Firm (If any) |
| Name & Mailing        c/o Jim Musel<br>Address of Individual    601 Carlson Parkway<br>Signing in Representative  Minnetonka, Minnesota 55305<br>Capacity | Address<br><br>Telephone No. |

HOU:2092683.1

R 34

FORM 5 Involuntary Petition

Name of Debtor  Sevn  Petroleum, Inc.
Case No. _____
(court use only)

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents
evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in
this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is
true and correct according to the best of their knowledge,
information, and belief.

| | |
|---|---|
| X _____ | X _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                      Date |
| **FamCo Value Income Partners, L.P.** | **James Donnell / Andrews & Kurth L.L.P.** |
| Name of Petitioner         Date Signed | Name of Attorney Firm (If any) |
| December ___, 2002 | |
| | 600 Travis, Suite 4200; Houston, Texas  77002 |
| Name & Mailing        Attn:  Ken Funsten | Address |
| Address of Individual   Funsten Asset Management Company | |
| Signing in             121 Outrigger Mall | |
| Representative         Marina del Rey, CA  90292 | (713) 220-4200 |
| Capacity | |
| | Telephone No. |
| X _____ | X            N/A |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                      Date |
| | |
| Name of Petitioner         Date Signed | Name of Attorney Firm (If any) |
| December ___, 2002 | |
| | |
| Name & Mailing | Address |
| Address of Individual | |
| Signing in | |
| Representative | |
| Capacity | |
| | Telephone No. |
| X _____ | X            N/A |
| Signature of Petitioner or Representative (State  Michael J. Frey | Signature of Attorney                      Date |
| **Merced Partners Limited Partnership**  Chief Executive Officer | |
| By: Global Capital Management, Inc., General Partner | |
| Name of Petitioner         Date Signed | Name of Attorney Firm (If any) |
| December 17, 2002 | |
| | |
| Name & Mailing        c/o Jim Musel | Address |
| Address of Individual   601 Carlson Parkway, Suite | |
| Signing in Representative  200 | |
| Capacity               Minnetonka, Minnesota 55305 | |

HOU:2092683.1

**R 35**

FORM 5 Involuntary Petition

Name of Debtor    Sev⋯   Petroleum. Inc.
Case No. _____
_____ (court use only)

### (Continuation Sheets for signatures of additional Petitioners.)

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief. | |
|---|---|
| X _____ **Michael J. Frey**<br>Signature of Petitioner or Representative **Chief Executive Officer**<br>**Tamarack International, Ltd.**<br>By: Hunter Capital Management, L.P., Investment Manager<br>By: EBF & Associates, L.P., General Partner<br>By: Global Capital Management, Inc., General Partner | X _____ N/A _____<br>Signature of Attorney                     Date |
| Name of Petitioner        Date Signed<br>                                  December 17, 2002 | Name of Attorney Firm (If any) |
| Name & Mailing        c/o Jim Musel<br>Address of Individual    601 Carlson Parkway, Suite 200<br>Signing in                  Minnetonka, Minnesota 55305<br>Representative<br>Capacity | Address<br><br><br>Telephone No. |
| X _____<br>Signature of Petitioner or Representative (State title)<br><br>**Simplon Partners, L.P.** | X _____ N/A _____<br>Signature of Attorney                     Date |
| Name of Petitioner        Date Signed<br>                                  December ___, 2002 | Name of Attorney Firm (If any) |
| Name & Mailing        c/o Thomas McKay<br>Address of Individual    T.A. McKay & Co., Inc.<br>Signing in                  630 Fifth Avenue, Suite 1956<br>Representative            New York, New York 10111<br>Capacity | Address<br><br><br>Telephone No. |
| X _____<br>Signature of Petitioner or Representative (State title)<br><br>**S.P. Offshore Limited** | X _____ N/A _____<br>Signature of Attorney                     Date |
| Name of Petitioner        Date Signed<br>                                  December ___, 2002 | Name of Attorney Firm (If any) |
| Name & Mailing        c/o Thomas McKay<br>Address of Individual    T.A. McKay & Co., Inc.<br>Signing in                  630 Fifth Avenue, Suite 1956<br>Representative            New York, New York 10111<br>Capacity | Address<br><br><br>Telephone No. |

HOU·2092683.1

FORM 5 Involuntary Petition

Name of Debtor    Seven  as Petroleum, Inc.
Case No. _____
                          (court use only)

| | |
|---|---|
| X _____<br>Signature of Petitioner or Representative (State title)<br><br>**S.P. Offshore Limited** | X          N/A<br>Signature of Attorney                    Date |
| Name of Petitioner          Date Signed<br>                             December ___, 2002 | Name of Attorney Firm (If any) |
| Name & Mailing      c/o Thomas McKay<br>Address of Individual  T.A. McKay & Co., Inc.<br>Signing in Representative  630 Fifth Avenue, Suite 1956<br>Capacity             New York, New York  10111 | Address |
| | Telephone No. |
| X _____<br>Signature of Petitioner or Representative (State title)<br><br>**Pamco Cayman Ltd** | X          N/A<br>Signature of Attorney                    Date |
| Name of Petitioner          Date Signed<br>                             December ___, 2002 | Name of Attorney Firm (If any) |
| Name & Mailing      c/o Kurtis Plumer<br>Address of Individual  Highland Capital Management, L.P.<br>Signing in Representative  13455 Noel Road, Suite 1300<br>Capacity             Dallas, Texas  75240 | Address |
| | Telephone No. |
| X _____<br>Signature of Petitioner or Representative (State title)<br><br>**Pam Capital Funding L.P.** | X          N/A<br>Signature of Attorney                    Date |
| Name of Petitioner          Date Signed<br>                             December ___, 2002 | Name of Attorney Firm (If any) |
| Name & Mailing      c/o Kurtis Plumer<br>Address of Individual  Highland Capital Management, L.P.<br>Signing in Representative  13455 Noel Road, Suite 1300<br>Capacity             Dallas, Texas  75240 | Address |
| | Telephone No. |

HOU:2092683.1

**R 37**

FORM 5 Involuntary Petition

Name of Debtor   Seven Seas Petroleum, Inc.
Case No. _____
                        (court use only)

| | |
|---|---|
| X ~~(signature)~~ | X          N/A |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                        Date |
| **ML CBO IV (Cayman) Ltd** | |
| Name of Petitioner          Date Signed<br>                                    December ___, 2002 | Name of Attorney Firm (If any) |
| Name & Mailing          c/o Kurtis Plumer<br>Address of Individual   Highland Capital Management, L.P.<br>Signing in Representative 13455 Noel Road, Suite 1300<br>Capacity                      Dallas, Texas  75240 | Address |
| | Telephone No. |
| X | X          N/A |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                        Date |
| **Wholesale Realtor Supply** | |
| Name of Petitioner          Date Signed<br>                                    December ___, 2002 | Name of Attorney Firm (If any) |
| Name & Mailing          c/o Gabriel Elias<br>Address of Individual   509 Spring Avenue<br>Signing in Representative Elkins Park, PA  19027-2616<br>Capacity | Address |
| | Telephone No. |
| X | X          N/A |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                        Date |
| **Wholesale Realtor Supply** | |
| Name of Petitioner          Date Signed<br>                                    December ___, 2002 | Name of Attorney Firm (If any) |
| Name & Mailing          c/o Gabriel Elias<br>Address of Individual   509 Spring Avenue<br>Signing in Representative Elkins Park, PA  19027-2616<br>Capacity | Address |
| | Telephone No. |

**R 38**

#1095 P.006/011

FORM 5 Involuntary Petition

Name of Debtor   Seven ___ Petroleum, Inc.
Case No. ___
(court use only)

**(Continuation Sheets for signatures of additional Petitioners.)**

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| X _____ | X _____ N/A _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| **Tamarack International LLC** | |
| Name of Petitioner   Date Signed<br>December __, 2002 | Name of Attorney Firm (If any) |
| Name & Mailing<br>Address of Individual<br>Signing in<br>Representative<br>Capacity<br>c/o Jim Musel<br><br>601 Carlson Parkway<br>Minnetonka, Minnesota 55305 | Address<br><br><br>Telephone No. |
| X _~signature~_ | X _____ N/A _____ |
| Signature of Petitioner or Representative (State title)<br>THOMAS A. MCKAY, PRESIDENT, T.A. MCKAY & Co<br>**Simplon Partners, L.P.**   ITS GENERAL PARTNER | Signature of Attorney                    Date |
| Name of Petitioner   Date Signed<br>December **20**, 2002 | Name of Attorney Firm (If any) |
| Name & Mailing<br>Address of Individual<br>Signing in<br>Representative<br>Capacity<br>c/o Thomas McKay<br>T.A. McKay & Co., Inc.<br>630 Fifth Avenue, Suite 1956<br>New York, New York 10111 | Address<br><br><br>Telephone No. |
| X _~signature~_ | X _____ N/A _____ |
| Signature of Petitioner or Representative (State title)<br>THOMAS A. MCKAY<br>**S.P. Offshore Limited**   ITS ATTORNEY-IN-FACT | Signature of Attorney                    Date |
| Name of Petitioner   Date Signed<br>December **20**, 2002 | Name of Attorney Firm (If any) |
| Name & Mailing<br>Address of Individual<br>Signing in<br>Representative<br>Capacity<br>c/o Thomas McKay<br>T.A. McKay & Co., Inc.<br>630 Fifth Avenue, Suite 1956<br>New York, New York 10111 | Address<br><br><br>Telephone No. |

**R 39**

**VERIFICATION BY PETITIONING CREDITOR OF
INVOLUNTARY PETITION FOR ORDER FOR RELIEF UNDER
CHAPTER 7 TITLE 11 UNITED STATES CODE**

On behalf of Merced Partners Limited Partnership ("Petitioner"), I certify that:

1.      Merced Partners Limited Partnership is a Petitioning Creditor in the above-captioned involuntary Chapter 7 case against Seven Seas Petroleum Inc. (the "Debtor").

2.      The annexed Petition is true and correct according the best of my knowledge, information, and belief.

3.      The Petitioner holds in excess of $11,625.00 of 12 ½% Senior Notes Due 2005 (the "Notes") issued by the Debtor.  The Petitioner acquired the Notes from a broker for investment purposes.  Petitioner did not acquire the Notes for the purpose of commencing or joining, as a petitioning creditor, in the above-captioned involuntary Chapter 7 case commenced against the Debtor.

4.      The Petitioner's claims are not contingent as to liability nor the subject of a bona fide dispute.

Executed December 17, 2002 at Minnetonka, Minnesota.

The Petitioner declares under penalty of perjury that the foregoing is true and correct and that if called as a witness, I could and would testify competently thereto.

Merced Partners Limited Partnership
By: Global Capital Management, Inc., General Partner

By:_____

Name:____**Michael J. Frey**_____
Principal   **Chief Executive Officer**

Petitioning Creditor

HOU:2101001 1

**R 40**

## VERIFICATION BY PETITIONING CREDITOR OF INVOLUNTARY PETITION FOR ORDER FOR RELIEF UNDER CHAPTER 11 TITLE 11 UNITED STATES CODE

On behalf of Tamarack International, Ltd. ("Petitioner"), I certify that:

1.   Tamarack International, Ltd. is a Petitioning Creditor in the above-captioned involuntary Chapter 11 case against Seven Seas Petroleum Inc. (the "Debtor").

2.   The annexed Petition is true and correct according the best of my knowledge, information, and belief.

3.   The Petitioner holds in excess of $11,625.00 of 12 ½% Senior Notes Due 2005 (the "Notes") issued by the Debtor.  The Petitioner acquired the Notes from a broker for investment purposes.  Petitioner did not acquire the Notes for the purpose of commencing or joining, as a petitioning creditor, in the above-captioned involuntary Chapter 11 case commenced against the Debtor.

4.   The Petitioner's claims are not contingent as to liability nor the subject of a bona fide dispute.

Executed December 17, 2002 at Minnetonka, Minnesota.

The Petitioner declares under penalty of perjury that the foregoing is true and correct and that if called as a witness, I could and would testify competently thereto.

Tamarack International, Ltd.
By: Hunter Capital Management, L.P., Investment Manager
By: EBF & Associates, L.P., General Partner
By: Global Capital Management, Inc., General Partner

By: _____
Name: _____
Principal            Michael J. Frey
                     Chief Executive Officer

                                    Petitioning Creditor

**VERIFICATION BY PETITIONING CREDITOR OF
INVOLUNTARY PETITION FOR ORDER FOR RELIEF UNDER
CHAPTER 11 TITLE 11 UNITED STATES CODE**
~7~

On behalf of Pamco Cayman Ltd ("Petitioner"), I certify that:

1.    Pamco Cayman Ltd is a Petitioning Creditor in the above-captioned involuntary Chapter 11 case against Seven Seas Petroleum Inc. (the "Debtor").
~7~

2.    The annexed Petition is true and correct according the best of my knowledge, information, and belief.

3.    The Petitioner holds in excess of $11,625.00 of 12 ½% Senior Notes Due 2005 (the "Notes") issued by the Debtor.  The Petitioner acquired the Notes from a broker for investment purposes.  Petitioner did not acquire the Notes for the purpose of commencing or joining, as a petitioning creditor, in the above-captioned involuntary Chapter 11 case commenced
~7~
against the Debtor.

4.    The Petitioner's claims are not contingent as to liability nor the subject of a bona fide dispute.

        Executed December ____, 2002 at _____.

The Petitioner declares under penalty of perjury that the foregoing is true and correct and that if called as a witness, I could and would testify competently thereto.

By: _____
        Pamco Cayman Ltd
        Name: _____
        Principal

                                                    Petitioning Creditor

**VERIFICATION BY PETITIONING CREDITOR OF
INVOLUNTARY PETITION FOR ORDER FOR RELIEF UNDER
CHAPTER 7 TITLE 11 UNITED STATES CODE**

On behalf of Pam Capital Funding L.P. ("Petitioner"), I certify that:

1.    Pam Capital Funding L.P. is a Petitioning Creditor in the above-captioned involuntary Chapter 7 case against Seven Seas Petroleum Inc. (the "Debtor").

2.    The annexed Petition is true and correct according the best of my knowledge, information, and belief.

3.    The Petitioner holds in excess of $11,625.00 of 12 ½% Senior Notes Due 2005 (the "Notes") issued by the Debtor.  The Petitioner acquired the Notes from a broker for investment purposes.  Petitioner did not acquire the Notes for the purpose of commencing or joining, as a petitioning creditor, in the above-captioned involuntary Chapter 7 case commenced against the Debtor.

4.    The Petitioner's claims are not contingent as to liability nor the subject of a bona fide dispute.

Executed December ___, 2002 at _____.

The Petitioner declares under penalty of perjury that the foregoing is true and correct and that if called as a witness, I could and would testify competently thereto.

By:_____
Pam Capital Funding L.P.
Name:_____
Principal

Petitioning Creditor

**VERIFICATION BY PETITIONING CREDITOR OF
INVOLUNTARY PETITION FOR ORDER FOR RELIEF UNDER
CHAPTER 11 TITLE 11 UNITED STATES CODE**

On behalf of ML CBO IV (Cayman) Ltd ("Petitioner"), I certify that:

1.  ML CBO IV (Cayman) Ltd is a Petitioning Creditor in the above-captioned involuntary Chapter 11 case against Seven Seas Petroleum Inc. (the "Debtor").

2.  The annexed Petition is true and correct according the best of my knowledge, information, and belief.

3.  The Petitioner holds in excess of $11,625.00 of 12 ½% Senior Notes Due 2005 (the "Notes") issued by the Debtor.  The Petitioner acquired the Notes from a broker for investment purposes.  Petitioner did not acquire the Notes for the purpose of commencing or joining, as a petitioning creditor, in the above-captioned involuntary Chapter 11 case commenced against the Debtor.

4.  The Petitioner's claims are not contingent as to liability nor the subject of a bona fide dispute.

Executed December ___, 2002 at _____.


The Petitioner declares under penalty of perjury that the foregoing is true and correct and that if called as a witness, I could and would testify competently thereto.

By:_____
ML CBO IV (Cayman) Ltd
Name:_____
Principal

Petitioning Creditor

SEP.29.2001 09:09                                                                                          #1095 P.002/011

**VERIFICATION BY PETITIONING CREDITOR OF
INVOLUNTARY PETITION FOR ORDER FOR RELIEF UNDER
CHAPTER H TITLE 11 UNITED STATES CODE**

On behalf of Simplon Partners, L.P. ("Petitioner"), I certify that:

1.   Simplon Partners, L.P. is a Petitioning Creditor in the above-captioned involuntary Chapter H case against Seven Seas Petroleum Inc. (the "Debtor").

2.   The annexed Petition is true and correct according the best of my knowledge, information, and belief.

3.   The Petitioner holds in excess of $11,625.00 of 12 ½% Senior Notes Due 2005 (the "Notes") issued by the Debtor. The Petitioner acquired the Notes from a broker for investment purposes. Petitioner did not acquire the Notes for the purpose of commencing or joining, as a petitioning creditor, in the above-captioned involuntary Chapter H case commenced against the Debtor.

4.   The Petitioner's claims are not contingent as to liability nor the subject of a bona fide dispute.

Executed December _20_, 2002 at _New York, N.Y._ ___.

The Petitioner declares under penalty of perjury that the foregoing is true and correct and that if called as a witness, I could and would testify competently thereto.

By: _____ ___ ___ __
Simplon Partners, L.P.
Name: _Thomas A. McKay, President_____
Principal _T.A. McKay & Co, Inc._
_Its General Partner_
                                          Petitioning Creditor

**R 45**

## VERIFICATION BY PETITIONING CREDITOR OF INVOLUNTARY PETITION FOR ORDER FOR RELIEF UNDER CHAPTER 11 TITLE 11 UNITED STATES CODE

On behalf of S.P. Offshore Limited ("Petitioner"), I certify that:

1.    S.P. Offshore Limited is a Petitioning Creditor in the above-captioned involuntary Chapter 11 case against Seven Seas Petroleum Inc. (the "Debtor").

2.    The annexed Petition is true and correct according the best of my knowledge, information, and belief.

3.    The Petitioner holds in excess of $11,625.00 of 12 ½% Senior Notes Due 2005 (the "Notes") issued by the Debtor. The Petitioner acquired the Notes from a broker for investment purposes. Petitioner did not acquire the Notes for the purpose of commencing or joining, as a petitioning creditor, in the above-captioned involuntary Chapter 11 case commenced against the Debtor.

4.    The Petitioner's claims are not contingent as to liability nor the subject of a bona fide dispute.

Executed December 20, 2002 at __New York, N.Y.__ .

The Petitioner declares under penalty of perjury that the foregoing is true and correct and that if called as a witness, I could and would testify competently thereto.

By:_____

S.P. Offshore Limited

Name:__Donald A. McKay____

Principal  ITS ATTORNEY-IN-FACT

Petitioning Creditor

Tab 1
Exhibit C

# <u>Exhibit C</u>

ED STATES BANKRUPTCY CO

## Southern District of Texas

### NOTICE OF COMMENCEMENT OF CASE UNDER CHAPTER 11
### OF THE BANKRUPTCY CODE,
### MEETING OF CREDITORS, AND FIXING OF DATES
### (Corporation/Partnership Case)

**Case Number: 02-45206 - wws**
**Date Filed (or Converted): 12/20/02**

| | |
|---|---|
| IN RE:<br>Seven Seas Petroleum Inc, 73-1468669 | ADDRESS OF DEBTOR<br>5555 San Felipe Suite 1700<br>Houston, Tx 77056 |
| NAME/ADDRESS OF ATTORNEY FOR DEBTOR<br>Tony M Davis<br>One Shell Plz<br>910 Louisiana<br>Houston, TX 77002-4995 | NAME/ADDRESS OF TRUSTEE |
| Telephone Number: 713-229-1547<br>DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>02/11/2003 at 10:00 AM<br>Suite 3401<br>515 Rusk Ave<br>Houston, TX 77002 | Telephone Number: |

[ ] Corporation   [ ] Partnership

Filing Claims: Deadline to File a Proof of claim is 05/12/03

COMMENCEMENT OF CASE. A petition for reorganization under chapter 11 of the Bankruptcy Code has been filed in this court by or against the debtor named above, and an order for relief has been entered. You will not receive notice of all documents filed in this case. All documents filed with the court, including lists of the debtor's property and debts, are available for inspection at the office of the clerk of the bankruptcy court.

CREDITORS MAY NOT TAKE CERTAIN ACTIONS. A creditor is anyone to whom the debtor owes money or property. Under the Bankruptcy Code, the debtor is granted certain protection against creditors. Common examples of prohibited actions by creditors are contacting the debtor to demand repayment, taking action against the debtor to collect money owed to creditors or to take property of the debtor, and starting or continuing foreclosure actions or repossessions. If unauthorized actions are taken by a creditor against a debtor, the court may penalize that creditor. A creditor who is considering taking action against the debtor or the property of the debtor should review Sec. 362 of the Bankruptcy Code and may wish to seek legal advice. If the debtor is a partnership, remedies otherwise available against general partners are not necessarily affected by the commencement of this partnership case. The staff of the clerk of the bankruptcy court is not permitted to give legal advice.

MEETING OF CREDITORS. The debtor's representative, as specified in Bankruptcy Rule 9001(5), is required to appear at the meeting of creditors on the date and at the place set forth above for the purpose of being examined under oath. Attendance by creditors at the meeting is welcomed, but not required. At the meeting, the creditors may examine the debtor and transact such other business as may properly come before the meeting. The meeting may be continued or adjourned from time to time by notice at the meeting, without further written notice to the creditors.

PROOF OF CLAIM. Schedules of creditors have been or will be filed pursuant to Bankruptcy Rule 1007. Any creditor holding a scheduled claim which is not listed as disputed, contingent, or unliquidated as to amount may, but is not required to, file a proof of claim in this case. Creditors whose claims are not scheduled or whose claims are listed as disputed, contingent, or unliquidated as to amount and who desire to participate in the case or share in any distribution must file their proofs of claim. A creditor who desires to rely on the schedules of creditors has the responsibility for determining that the claim is listed accurately. The place to file a proof of claim, either in person or by mail, is the office of the clerk of the bankruptcy court. Proof of claim forms are available in the clerk's office of any bankruptcy court.

PURPOSE OF CHAPTER 11 FILING. Chapter 11 of the Bankruptcy Code enables a debtor to reorganize pursuant to a plan. A plan is not effective unless approved by the court at a confirmation hearing. Creditors will be given notice concerning any plan, or in the event the case is dismissed or converted to another chapter of the Bankruptcy Code. The debtor will remain in possession of its property and will continue to operate any business unless a trustee is appointed.

| | | |
|---|---|---|
| For the Court: | Michael N. Milby<br>Clerk of the Bankruptcy Court<br>PO Box 61288<br>Houston TX 77208 | Date: 01/17/03 |

FORM B9F 001

**R 48**

006484