# United States District Court
# Southern District of Texas

Case Number: CA-05-1073

## ATTACHMENT

**Description:**

☐ State Court Record ☐ State Court Record Continued

☐ Administrative Record

☐ Document continued - Part ______ of ______

☐ Exhibit to: ______________________
number(s) / letter(s) ______________________

Other: Tab 1 - Exhibits E 4-6

Tab 1

Exhibit E-4

to Request for Production Nos. 75 and 85 - 87 within fifteen (15) business days from the signing of this Order.

SIGNED this 10th day of Nov, 2003.

NOV 19 2003

JUDGE PRESIDING

**AGREED AS TO FORM:**

**LACKEY HERSHMAN, L.L.P.**

Paul B. Lackey
State Bar No. 00791061
3102 Oak Lawn Avenue
Suite 700
Dallas, Texas 75219-4241
Telephone No.: (214) 560-2201
Facsimile No.: (214) 560-2203

Attorneys for Plaintiffs
Highland Capital Management, L.P.,
ML CBO IV (Cayman) Ltd.,
Pamco Cayman, Ltd., and
Pam Capital Funding, L.P.

**PORTER & HEDGES, L.L.P.**

Jeffrey R. Elkin

Jeffrey R. Elkin
State Bar No. 06522180
700 Louisiana, 35th Floor
Houston, Texas 77002-2764
Telephone No.: (713) 226-0600
Facsimile No.: (713) 228-1331

Attorneys for Defendant
Ryder Scott Company

2003-39194

CAUSE NO. 03-819-I

| | | |
|---|---|---|
| **HIGHLAND CAPITAL MANAGEMENT, L.P., et al.,** | § | **IN THE DISTRICT COURT** |
| | § | |
| **Plaintiffs,** | § | FILED CHARLES BACARISSE District Clerk |
| | § | JUL 11 2003 |
| **v.** | § | **DALLAS COUNTY, TEXAS** Harris County, Texas |
| | § | By ______ Deputy |
| **RYDER SCOTT COMPANY,** | § | |
| | § | |
| **Defendant.** | § | **162ND JUDICIAL DISTRICT** |

**ORDER GRANTING MOTION TO TRANSFER VENUE** 2086

After considering Defendant Ryder Scott Company's Motion to Transfer Venue, the response, the pleadings, the affidavits and other proof submitted by the parties, and the parties' argument, the Court GRANTS the Motion and transfers the above-styled case to Harris County, Texas. It is, therefore,

ORDERED that the above-styled case be transferred to Harris County, Texas.

Signed this 20th day of June, 2003.

[signature]
JUDGE PRESIDING

C:\WINDOWS\Temporary Internet Files\Content.IE5\8P8VKF0F\Order Granting Motion to Transfer Venue.WPD

Cause No. 200339194 DCORX

HIGHLAND CAPITAL MANAGEMENT L * IN THE DISTRICT COURT OF
*
VS. * HARRIS COUNTY, TEXAS
*
RYDER SCOTT COMPANY * 234TH JUDICIAL DISTRICT

# DOCKET CONTROL ORDER

The following docket control order shall apply to this case unless modified by the court. If no date is given below, the item is governed by the Texas Rules of Civil Procedure.

1. 11/07/03 JOINDER. All parties must be added and served, whether by amendment or third party practice, by this date. THE PARTY CAUSING THE JOINDER SHALL PROVIDE A COPY OF THIS DOCKET CONTROL ORDER AT THE TIME OF SERVICE.

2. EXPERT WITNESS DESIGNATION. Expert witness designations are required and must be served by the following dates. The designation must include the information listed in Rule 194.2(f). Failure to timely respond will be governed by Rule 193.6.
(a) 02/07/04 Experts for parties seeking affirmative relief.
(b) 03/07/04 All other experts.

3. STATUS CONFERENCE. Parties shall be prepared to discuss all aspects of the case, including ADR, with the court on this date. TIME:
Failure to appear will be grounds for dismissal for want of prosecution.

4. DISCOVERY LIMITATIONS. The discovery limitations of Rule 190.2, if applicable, or otherwise of Rule 190.3 apply unless changed below:
(a) Total hours per side for oral depositions.
(b) Number of interrogatories that may be served by each party on any other party.

5. ALTERNATIVE DISPUTE RESOLUTION.
(a) 07/07/03 By this date the parties must either (1) file an agreement for ADR stating the form of ADR requested and the name of an agreed mediator, if applicable; or (2) set an objection to ADR. If no agreement or objection is filed, the court may sign an ADR order.
(b) 02/02/04 ADR conducted pursuant to the agreement of the parties must be completed by this date.

6. 03/26/04 DISCOVERY PERIOD ENDS. All discovery must be conducted before the end of the discovery period. Parties seeking discovery must serve requests sufficiently far in advance of the end of the discovery period that the deadline for responding will be within the discovery period. Counsel may conduct discovery beyond this deadline by agreement. Incomplete discovery will not delay the trial.

7. DISPOSITIVE MOTIONS AND PLEAS. Must be set for hearing or submission as follows:
(a) 12/07/03 Dispositive motions or pleas subject to an interlocutory appeal must be set by this date.
(b) 03/19/04 Summary judgment motions not subject to an interlocutory appeal must be set by this date.
(c) 02/29/04 Rule 166a(i) motions may not be set before this date.

8. 03/26/04 CHALLENGES TO EXPERT TESTIMONY. All motions to exclude expert testimony and evidentiary challenges to expert testimony must be filed by this date, unless extended by leave of court.

9. 03/26/04 PLEADINGS. All amendments and supplements must be filed by this date. This order does not preclude prompt filing of pleadings directly responsive to any timely filed pleadings.

10. 04/15/04 DOCKET CALL.
Parties shall be prepared to discuss all aspects of trial with the court on this date. TIME: 9:00 AM Failure to appear will be grounds for dismissal for want of prosecution.

11. 04/26/04 TRIAL. If not assigned by the second Friday following this date, the case will be reset.

SIGNED

BRUCE D. OAKLEY
JUDGE, 234TH DISTRICT COURT
DATE GENERATED: 07/30/2003
06522180

JEFFREY R ELKIN
700 LOUISIANA 35 FL
HOUSTON TX 77002

R 123

JCV002
Rev 01192000

P-1

JN PAX

**CAUSE NO. 2003-39194**

| | | |
|---|---|---|
| **HIGHLAND CAPITAL MANAGEMENT, L.P., ML CBO IV (Cayman) LTD., PAMCO CAYMAN, LTD., PAM CAPITAL FUNDING, L.P.,** | § § § § | **IN THE DISTRICT COURT** |
| **Plaintiffs,** | § § | |
| | § | **HARRIS COUNTY TEXAS** |
| **v.** | § § | |
| **RYDER SCOTT COMPANY,** | § § | |
| **Defendant.** | § | **234TH JUDICIAL DISTRICT** |

FILED
CHARLES BACARISSE
District Clerk
NOV 10 2003 10am
Harris County, Texas
By CM Deputy

**ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND DEADLINE FOR ADDING PARTIES (UNOPPOSED)**

On this day came on to be heard Plaintiffs' Motion To Extend Deadline For Adding Parties in the above-styled and numbered cause. After considering same, and having noted that this motion is unopposed, the Court is of the opinion that Plaintiffs' motion is well taken and should be GRANTED. It is, therefore,

ORDERED that Plaintiffs' Motion To Extend Deadline For Adding Parties is GRANTED. It is further

ORDERED that that joinder of any new parties shall occur through pleadings filed no later than November 21, 2003, and that service upon any newly added parties shall occur through the exercise of reasonable diligence immediately thereafter.

SIGNED this 10th day of November, 2003.

NOV 10 2003

JUDGE PRESIDING

STATE OF TEXAS
COUNTY OF HARRIS

I, Charles Bacarisse, District Clerk of Harris County, Texas, do hereby certify that the foregoing data is a true and correct copy of the original record, now in my lawful custody and possession as appears of record in my office and/or:

a) filed on 2004 00 10 03

b) recorded under Vol. ______ Page ______ in the Minutes of said Court

c) abstracted from the original record in my lawful possession, electronically stored in digital form and pertaining to the ______ in reference to cause number ______, or

d) abstracted from the original record in my lawful possession, electronically stored in digital form pertaining to ______ from ______ to the present date.

Witness my official hand and seal of office this

FEB 2 6 2004

CHARLES BACARISSE, DISTRICT CLERK
Harris County, Texas

By M. Vasquez Deputy

P-1

ENTY

CAUSE NO. 2003-39194

| | | |
|---|---|---|
| HIGHLAND CAPITAL MANAGEMENT, L.P., et al., | § | IN THE DISTRICT COURT |
| Plaintiffs, | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| RYDER SCOTT COMPANY, | § | |
| Defendant. | § | 234TH JUDICIAL DISTRICT |

FILED
CHARLES BACARISSE
District Clerk
NOV 1 0 2003 10a
By ___ Harris County, Texas
Deputy

ORDER ~~SUSTAINING~~ OVERRULING RYDER SCOTT'S OBJECTION TO THE AFFIDAVIT OF PATRICK H. DAUGHERTY

On this day came on to be heard Defendant Ryder Scott Company's ("Ryder Scott") Objection to the affidavit of Patrick H. Daugherty in connection with Defendant's Motion for an Order Compelling Discovery in the above-styled and numbered cause (the "Motion"). After considering same, any response thereto, the pleadings on file, and any arguments of counsel, the Court determines that the Objection should be ~~SUSTAINED~~ overruled in its entirety. It is, therefore,

ORDERED that Defendant's Objection to the affidavit of Patrick H. Daugherty served and filed by Plaintiffs in connection with their response to the Motion is ~~SUSTAINED~~ overruled, and such testimony as appears in the affidavit shall not be considered in connection with the Motion.

SIGNED this 10th day of November, 2003.

NOV 1 0 2003

JUDGE PRESIDING

@PFDesktop\::ODMA/MHODMA/iManage;637836;1

STATE OF TEXAS
COUNTY OF HARRIS

I, Charles Bacarisse, District Clerk of Harris County, Texas, do hereby certify that the foregoing data is a true and correct copy of the original record, now in my lawful custody and possession as appears of record in my office and/or

a) filed on NOV 10 03
b) recorded under Vol. ____ Page ____ in the Minutes of said Court
c) abstracted from the original record in my lawful possession, electronically stored in digital form and pertaining to the ____ in reference to cause number ____, or
d) abstracted from the original record in my lawful possession, electronically stored in digital form pertaining to ____ from ____ to the present date.

Witness my official hand and seal of office this ____.

CHARLES BACARISSE, DISTRICT CLERK
Harris County, Texas

By M. Vasquez Deputy
M. Vasquez

CM CINTZ
CM CPROZ

**CAUSE NO. 2003-39194**

| | | |
|---|---|---|
| **HIGHLAND CAPITAL MANAGEMENT, L.P., et al.** | § | **IN THE DISTRICT COURT** |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| **RYDER SCOTT COMPANY,** | § | |
| | § | |
| **Defendant.** | § | **234TH JUDICIAL DISTRICT** |

FILED
CHARLES BACARISSE
District Clerk
NOV 18 2003 145 pm
Harris County, Texas
By CM Deputy

**ORDER ON DEFENDANT'S MOTION**
**FOR ORDER COMPELLING DISCOVERY**

On this day came on to be heard Defendant Ryder Scott Company's ("Ryder Scott") Motion For Order Compelling Discovery in the above-styled and numbered cause. After considering same, any response thereto, the pleadings on file, and any arguments of counsel, the Court determines that the Motion For Order Compelling Discovery should be GRANTED in part and DENIED in part. It is, therefore,

ORDERED that Defendant's Motion For Order Compelling Discovery is GRANTED in part and DENIED in part. It is further

ORDERED that Plaintiffs' objections to Ryder Scott's Interrogatory No. 5 and Requests for Production Nos. 61 - 64, 71 - 74, and 79 - 84 are sustained, except that, with regard to Request for Production Nos. 61 - 64, Plaintiffs are required to provide within fifteen (15) business days from the signing of this Order information and documents concerning any litigation arising out of any investment in any oil and gas exploration and production company. It is further

ORDERED that Plaintiffs' objections to Ryder Scott's Request for Production Nos. 75 and 85 - 87 are overruled and that Plaintiffs shall fully respond to and produce all documents responsive

to Request for Production Nos. 75 and 85 - 87 within fifteen (15) business days from the signing of this Order.

SIGNED this ______ day of ______________, 2003.

JUDGE PRESIDING

**AGREED AS TO FORM:**

**LACKEY HERSHMAN, L.L.P.**

Paul B. Lackey
State Bar No. 00791061
3102 Oak Lawn Avenue
Suite 700
Dallas, Texas 75219-4241
Telephone No.: (214) 560-2201
Facsimile No.: (214) 560-2203

Attorneys for Plaintiffs
Highland Capital Management, L.P.,
ML CBO IV (Cayman) Ltd.,
Pamco Cayman, Ltd., and
Pam Capital Funding, L.P.

**PORTER & HEDGES, L.L.P.**

Jeffrey R. Elkin
State Bar No. 06522180
700 Louisiana, 35th Floor
Houston, Texas 77002-2764
Telephone No.: (713) 226-0600
Facsimile No.: (713) 228-1331

Attorneys for Defendant
Ryder Scott Company

@PFDesktop\::ODMA/MHODMA/iManage;637970;1

STATE OF TEXAS
COUNTY OF HARRIS

I, Charles Bacarisse, District Clerk of Harris County, Texas, do hereby certify that the foregoing data is a true and correct copy of the original record, now in my lawful custody and possession as appears of record in my office, and/or:
a) filed on NOV 18, 03
b) recorded under Vol. ______ Page ______ in the Minutes of said Court
c) abstracted from the original record in my lawful possession, electronically stored in digital form and pertaining to the ______ in reference to cause number ______, or
d) abstracted from the original record in my lawful possession, electronically stored in digital form pertaining to ______ from ______ to the present date.

Witness my official hand and seal of office this FEB 2 6 2004.

CHARLES BACARISSE, DISTRICT CLERK
Harris County, Texas

By M. Vasquez Deputy
M. Vasquez

Tab 1
Exhibit E-5

FILED: 07/11/2003

# 2003-39194

HIGHLAND CAPITAL MANAGEMENT L P
PLAINTIFFS

SZYMANSKI, EDWARD J. JR.
Attorney

## NATURE OF ACTION

DAMAGES (OTH)

VS.

RYDER SCOTT COMPANY
DEFENDANTS

ELKIN, JEFFREY R.
Attorney

SURETIES ON COST BOND:

Jury Fee Paid By:

## SETTINGS

GENERAL ORDER OF THE COURT

Nov. 10, 2003 - Def's Mo
Responses Granted in Pa
Nov. 10, 2003 - Order O
to Affidavit of P.H. Da
Nov. 10, 2003 - Order Grant
Joinder Deadline. (JNP
NOV 19 2003 - Order on
Discovery, agreed as to

R 131



STATE OF TEXAS
COUNTY OF HARRIS

I, Charles Bacarisse, District Clerk of Harris County, Texas, do hereby certify that the foregoing data is a true and correct copy of the original record, now in my lawful custody and possession as appears of record in my office and/or:

a) filed on ______
b) recorded under Vol. ______ Page ______ in the Minutes of said Court
c) abstracted from the original record in my lawful possession, electronically stored in digital form and pertaining to the ______ in reference to cause number ______, or
d) abstracted from the original record in my lawful possession, electronically stored in digital form pertaining to ______ from ______ to the present date.

Witness my official hand and seal of office this FEB 2 6 2004.

CHARLES BACARISSE, DISTRICT CLERK
Harris County, Texas

By M. Vasquez Deputy
M. Vasquez

Tab 1
Exhibit E-6

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HIGHLAND CAPITAL MANAGEMENT, LP., ML CBO IV (CAYMAN) LTD., PAMCO CAYMAN, LTD., and PAM CAPITAL FUNDING, L.P., | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. ______________ |
| CHESAPEAKE ENERGY CORPORATION, | § | |
| Defendant. | § | |

**COUNSEL OF RECORD**

**PLAINTIFFS' COUNSEL:**
Mr. Paul B. Lackey
Mr. Scott Hershman
Mr. Edward J. Szymanski
Lackey Hershman, LLP
3102 Oak Lawn Avenue, Suite 700
Dallas, TX 75219-4241
214-560-2201 Telephone
214-560-2203 Telecopier

**CHESAPEAKE ENERGY CORPORATION'S COUNSEL:**
Jesse R. Pierce
Clements, O'Neill, Pierce,
Wilson & Fulkerson, L.L.P.
1000 Louisiana, Suite 1800
Houston, TX 77002
713-654-7602 Telephone
713-654-7690 Telecopier
*Attorney in Charge*

Paul E. Health
Holly J. Warrington
Vinson & Elkins L.L.P.
2001 Ross Avenue
3700 Trammell Crow Center
Dallas, TX 75201
214-220-7700 Telephone
214-220-7716 Telecopier
*Designated of Counsel*

**RYDER SCOTT CO.'S COUNSEL:**
Mr. Jeffrey R. Elkin
Porter & Hedges, LLP
700 Louisiana, 25th Floor
Houston, TX 77002-2764
713-226-0600 Telephone
713-228-1331 Telecopier

**UNSERVED DEFENDANT:**
Mr. Robert A. Hefner, III
Huntingdon Condominiums
2121 Kirby Dr., No. 13 SW
Houston, TX 77019

Respectfully submitted,

CLEMENTS, O'NEILL, PIERCE,
WILSON & FULKERSON, L.L.P.

By:____________________ w/ permission
Jesse R. Pierce
State Bar No. 15995400
Wells Fargo Plaza
1000 Louisiana Street, Suite 1800
Houston, Texas 77002-5009
713-654-7600 Telephone
713-654-7690 Telecopier
*Attorney in Charge*

R 134

Paul E. Health
State Bar No. 09355050
Holly J. Warrington
State Bar No. 24037671
Vinson & Elkins L.L.P.
2001 Ross Avenue
3700 Trammell Crow Center
Dallas, TX 75201
214-220-7700 Telephone
214-220-7716 Telecopier
*Designated of Counsel*

ATTORNEYS FOR THE REMOVING DEFENDANT CHESAPEAKE ENERGY CORPORATION

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on the following by the method(s) indicated on this the 27th day of February 2004:

[ ] Hand Delivery [ ] Telecopier [✓] Certified Mail, RRR [ ] Regular U.S. Mail

Mr. Paul B. Lackey
Mr. Scott Hershman
Mr. Edward J. Szymanski
Lackey Hershman, LLP
3102 Oak Lawn Avenue, Suite 700
Dallas, TX 75219-4241
214-560-2203 Telecopier
*Attorneys for Plaintiffs*

Mr. Jeffrey R. Elkin
Porter & Hedges, LLP
700 Louisiana, 25th Floor
Houston, TX 77002-2764
713-228-1331 Telecopier
*Attorney for Defendant Ryder Scott Co.*

Mr. Robert A. Hefner, III
Huntingdon Condominiums
2121 Kirby Dr., No. 13 SW
Houston, TX 77019
*Defendant - Unserved*

Jesse R. Pierce

R 136